IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-03110-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$148,633.00 IN UNITED STATES CURRENCY;
$2,594.00 IN UNITED STATES CURRENCY;

    Defendants.

---

**ORDER**

---

    This matter is before the Court on Claimant Patrick Waibel's Unopposed Motion to Stay the Proceedings in this matter. (ECF No. 11.) Being fully advised of the premises, the Court: (1) ORDERS Claimant to file a status report every ninety (90) days, until further order, identifying the cases referenced in his Unopposed Motion to Stay Proceedings in which Claimant is the subject of a criminal action (ECF No. 11 ¶ 4), including their jurisdiction, caption, case number, and with respect to each such case, advising the Court as to the status of that proceeding; and (2) GRANTS Claimant's Unopposed Motion to Stay the Proceedings (ECF No. 11) until further order of the Court.

    DATED this 30th day of December, 2014.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge